No. 14. JOSEPH R. MOORE ET AL., PLAINTIFFS IN ERROR, *v.* THE STATE OF NEW JERSEY. In error to the Court of Errors and Appeals of the State of New Jersey. Argued for the plaintiff in error and submitted for the

defendant in error October 26, 1911. Decided October 30, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Farrell* v. *O'Brien*, 199 U. S. 100; *David Kaufman & Sons Company* v. *Smith*, 216 U. S. 610; *Simon* v. *Craft*, 182 U. S. 427; *Twining* v. *New Jersey*, 211 U. S. 111; *Felts* v. *Murphy*, 201 U. S. 123. *Mr. Thomas P. Fay* for the plaintiffs in error. *Mr. Edmund Wilson* for the defendant in error.